UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIOGEN IDEC INC.<br>and<br>SABINE HARNING,<br><br>    Plaintiffs<br>v.<br><br>PAUL E. NOVAK, Center Director<br>Vermont Service Center, EDUARDO<br>AGUIRRE JR., Director U.S. Citizenship<br>And Immigration Service, and THOMAS<br>RIDGE, Secretary, U.S. Department of<br>Homeland Security,<br><br>    Defendants. | Case No. 05 10236 RWZ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, plaintiff Biogen Idec Inc. ("Biogen Idec"), hereby submits its corporate disclosure statement:

1. Biogen Idec has no parent company.

2. Biogen Idec is a public company.

3. As of the date of this filing, no publicly held company owns 10% or more of Biogen Idec's stock.

Respectfully Submitted,

BIOGEN IDEC INC and
SABINE HARNING

By their Attorney,

*/s/ Merriann M. Panarella*

Merriann M. Panarella (BBO #388280)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

And

Philip C. Curtis (BBO# 544939)
CHIN & CURTIS, LLP
75 Federal Street
Boston, MA 02110
(617) 482-1775

Dated: February 4, 2005

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the United States Attorney for the District of Massachusetts by hand and the Defendants by mail on this __ day of February, 2005.

_____
MERRIANN M. PANARELLA

US1DOCS 4951463v1