UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BIOGEN IDEC, INC., et al., )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>PAUL E. NOVAK, DIRECTOR, )<br>VERMONT SERVICE CENTER, et al., )<br>)<br>Respondents. )<br>) | C.A. NO. 05-10236-RWZ |

**RESPONDENTS' (ASSENTED TO) MOTION TO EXTEND TIME
IN WHICH TO RESPOND TO PETITIONERS' MOTION
<u>FOR PRELIMINARY INJUNCTION</u>**

Now comes the above-captioned Respondents, and hereby move this Court for an extension of time **up to and including March 8, 2005**, to file a response to Petitioners' Motion for Preliminary Injunction ("Motion"). As reasons therefore, the undersigned counsel for Respondents asserts that such an extension will allow the Assistant U.S. Attorney the additional time to obtain certain facts from the relevant agency (U.S. Citizenship and Immigration Service) to prepare a response thereto.

Petitioners assent to this Motion.

WHEREFORE, Respondents respectfully request that this Court allows their motion for an extension of time **up to and including March 8, 2005**, to respond to the Petitioner's Motion for Preliminary Injuction.

                                                            Respectfully submitted,

                                                            MICHAEL J. SULLIVAN
                                                            United States Attorney

                                                            /s/ Michael Sady
                 By:    Michael Sady
                         Assistant U.S. Attorney
                         John Joseph Moakley U.S. Courthouse
                         Suite 9200
                         Boston, MA 02210
                         (617) 748-3100

Dated: January 28, 2005

## CERTIFICATION UNDER L.R. 7.1

Pursuant to Local Rule 7.1(a)(2), the parties have conferred concerning the contents of this motion.

                                                           /s/ Michael Sady
                                                           Michael Sady
                                                           Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that on, I caused a copy of the foregoing Motion to be served on January 28, 2005 by first class mail, postage pre-paid to Petitioner's counsel of record Merriann M. Panarella,Wilmer, Cutler, Pickering, Hale and Dorr, LLP, 60 State Street, Boston, MA  02109.

                                                           /s/ Michael Sady
                                                           Michael Sady
                                                           Assistant U.S. Attorney