# United States District Court

**DISTRICT OF** Massachusetts

Biogen Idec Inc. and
Sabine Harning

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Paul E. Novak, Center Director,
Vermont Service Center,
Eduardo Aguirre, Jr., Director
U.S. Citizenship and Immigration Services
and Thomas Ridge, Secretary,
U.S. Department of Homeland Security

05 10236 RWZ

**TO:** (Name and address of defendant)

Paul E. Novak
Director
Vermont Service Center
75 Lower Welden Street
St. Albans, VT  05479

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Merriann M. Panarella
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

**CLERK**

FEB - 7 2005

**DATE**

**(BY) DEPUTY CLERK**

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me

DATE: February 7, 2005

NAME OF SERVER (PRINT): Debra Squires-Lee

TITLE: Attorney

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Pursuant to F.R.C.P. 4(i)(2)(A), I served a copy of the Summons and Complaint on the defendant named in this Summons and the Attorney General of the U.S. by certified mail, return receipt requested, and the U.S. Attorney for the District of Massachusetts, by hand.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/18/05
Date

Signature of Server: /s/ Debra Squires-Lee

Address of Server:
Debra Squires-Lee
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.