# United States District Court

_____ DISTRICT OF ___Massachusetts___

FILED
IN CLERK'S OFFICE
2005 FEB 18 P 1:48
U.S. DISTRICT COURT
DISTRICT OF MASS.

Biogen Idec Inc. and
Sabine Harning

**SUMMONS IN A CIVIL CASE**

V.

Paul E. Novak, Center Director,
Vermont Service Center,
Eduardo Aguirre Jr., Director,
U.S. Citizenship and Immigration Service,
and Thomas Ridge, Secretary,
U.S. Department of Homeland Security

CASE NUMBER: 05 10236 RWZ

TO: (Name and address of defendant)

Thomas Ridge
Secretary
Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Merriann M. Panarella
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE FEB __ 2005

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE February 7, 2005 |
| NAME OF SERVER (PRINT) Debra Squires-Lee | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Pursuant to F.R.C.P. 4(i)(2)(A), I served a copy of the Summons and Complaint on the defendant named in this Summons and the Attorney General of the U.S. by certified mail, return receipt requested, and the U.S. Attorney for the District of Massachusetts, by hand.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/18/05
                Date

Signature of Server

Address of Server
Debra Squires-Lee
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6000

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.