UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BIOGEN IDEC, INC., et al., ) | |
| ) | |
| Petitioners, ) | |
| ) | C.A. NO. 05-10236-RWZ |
| v. ) | |
| ) | |
| PAUL E. NOVAK, DIRECTOR, ) | |
| VERMONT SERVICE CENTER, et al., ) | |
| ) | |
| Respondents. ) | |

STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate that this case be dismissed with prejudice, without costs, and without the right of appeal.

Respectfully submitted,

PETITIONERS,                                RESPONDENTS,
By their attorney,                          by their attorney

                                            MICHAEL J. SULLIVAN
                                            UNITED STATES ATTORNEY


By:  /s/ Merrian M. Panarella by MS    By:  /s/ Michael Sady
     Merriann M. Panarella                  Michael Sady
     Wilmer, Cutler, Pickering,             U.S. Attorney's Office
     Hale and Dorr, LLP                     1 Courthouse Way
     60 State Street                        Boston, MA  02210
     Boston, MA  02109                      (617) 748-3100
     (617) 526-6000


Dated: March 8, 2005                   Dated: March 8, 2005